# EXHIBIT B

**Keegan, Linscott & Kenon, PC**

**3443 N. Campbell Avenue, Suite 115**
**Tucson, AZ 85719**


**Mr. Dale Schian**
**Schian Walker, PLC**
**1850 N. Central Ave., Suite 900**
**Phoenix, AZ 85004**

**Re: Delta Mechanical Bankruptcy**

02/02/2018
Invoice Number 31518

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| 12/05/2017 | Fee application | | | | |
| | Work on October and November billing and fee application information | | | | |
| | | Linscott | 0.30 | $335.00 | $ 100.50 |
| 01/23/2018 | Data analysis | | | | |
| | Analysis of revised cash flow projection and Plan payments; prepare summary of changes for Chris L. | | | | |
| | | Gordon | 1.40 | $195.00 | 273.00 |
| 01/24/2018 | Data analysis | | | | |
| | Analysis discussions with Chris L.; revised cash flow projection analysis; P/C and email communications with attorney S Goldberg. | | | | |
| | | Gordon | 1.20 | $195.00 | 234.00 |
| 01/24/2018 | Report preparation | | | | |
| | Follow up with Scott Goldberg on updated Declaration on feasibility | | | | |
| | | Linscott | 0.25 | $335.00 | 83.75 |
| 01/26/2018 | Data analysis | | | | |
| | Review and analyze October through December financial results; revise cash flow analysis including Plan payments; review and update draft declaration; review results with Chris L. | | | | |
| | | Gordon | 3.50 | $195.00 | 682.50 |
| 01/26/2018 | Report preparation | | | | |
| | Review updated financial analysis by John and work on Declaration | | | | |
| | | Linscott | 1.50 | $335.00 | 502.50 |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| 01/26/2018 | Travel time | | | | |
| | To/from a client office to KLK office to work on Delta analysis. | | | | |
| | | Gordon | 0.50 | $92.50 | 46.25 |
| 01/29/2018 | Data analysis | | | | |
| | Review December results | | | | |
| | | Linscott | 0.20 | $335.00 | 67.00 |
| | | | | Total For Services | 1,989.50 |
| 01/23/2018 | Supplies Purchases | | | $  93.30 | |
| | PACER reports pulled | | | | |
| 01/26/2018 | Mileage | | | 3.21 | |
| | To/from a client office to KLK office to work on Delta analysis. | | | | |
| | | | | Total For Expenses | 96.51 |
| | | | | Current Amount Due | $   2,086.01 |

**Keegan, Linscott & Kenon, PC**

**3443 N. Campbell Avenue, Suite 115**
**Tucson, AZ 85719**

**Mr. Dale Schian**
**Schian Walker, PLC**
**1850 N. Central Ave., Suite 900**
**Phoenix, AZ 85004**

**Re: Delta Mechanical Bankruptcy**

12/05/2017
Invoice Number 31106

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| 09/22/2017 | Client meeting | | | | |
| | Call with Dale and initial document review | | | | |
| | | Linscott | 1.00 | $335.00 | $    335.00 |
| 09/22/2017 | Data entry & accounting | | | | |
| | download & save files from sharefile; print docs & prepare binder | | | | |
| | | Carrera | 0.50 | $65.00 | 32.50 |
| 09/22/2017 | Administrative support | | | | |
| | new client; eng letter, file for chris | | | | |
| | | Carrera | 0.30 | $65.00 | 19.50 |
| 09/25/2017 | Initial case review | | | | |
| | Project overview discussion with Chris L. | | | | |
| | | Gordon | 0.30 | $195.00 | 58.50 |
| 09/25/2017 | Data analysis | | | | |
| | Review and analyze documents provided by attorney D Schian. | | | | |
| | | Gordon | 4.90 | $195.00 | 955.50 |
| 09/25/2017 | Data analysis | | | | |
| | Review Plan, Disclosure Statement, Fraudulaent conveyance allegations. Meet with John on samke and project scope, approach. | | | | |
| | | Linscott | 2.00 | $335.00 | 670.00 |
| 09/26/2017 | Data analysis | | | | |
| | Review and analyze Plan, Disclosure Statement, exhibits and other documents supplied by attorney; prepare list of questions and information needed for analysis. | | | | |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| | | Gordon | 6.50 | $195.00 | 1,267.50 |
| 09/27/2017 | Data analysis | | | | |
| | Review and analyze Plan, disclosure statement, related exhibits and other documents; prepare questions and information request needed. | | | | |
| | | Gordon | 6.20 | $195.00 | 1,209.00 |
| 09/28/2017 | Planning / scheduling | | | | |
| | Work with John on case approach, issues | | | | |
| | | Linscott | 0.20 | $335.00 | 67.00 |
| 10/02/2017 | Data analysis | | | | |
| | Status and issues discussions with Chris L, Laura C; review monthly operating reports and other information downloaded from Court Docket through PACER; set up documentation files with Laura C. | | | | |
| | | Gordon | 2.80 | $195.00 | 546.00 |
| 10/02/2017 | Administrative support | | | | |
| | pull reports from pacer, save, print & organize | | | | |
| | | Carrera | 1.60 | $65.00 | 104.00 |
| 10/02/2017 | Administrative support | | | | |
| | prepare MOR binder | | | | |
| | | Carrera | 0.30 | $65.00 | 19.50 |
| 10/03/2017 | Data analysis | | | | |
| | Work on files of financial information | | | | |
| | | Linscott | 0.25 | $335.00 | 83.75 |
| 10/18/2017 | Client correspondence | | | | |
| | Revise engagement letter with Chris L, Laura C. | | | | |
| | | Gordon | 0.30 | $195.00 | 58.50 |
| 10/18/2017 | Data entry & accounting | | | | |
| | edits to revised EL, print for signature, scan, save & email | | | | |
| | | Carrera | 0.25 | $65.00 | 16.25 |
| 10/24/2017 | Data analysis | | | | |
| | Review notes and open issues. | | | | |
| | | Gordon | 0.50 | $195.00 | 97.50 |
| 11/01/2017 | Data analysis | | | | |
| | Status discussion with Chris L; review files received from attorney D Schian; analyze financial reports and cash flow projections; various information search, analysis, discussion with Chris L. | | | | |
| | | Gordon | 2.90 | $195.00 | 565.50 |
| 11/01/2017 | Business Analysis | | | | |
| | Meet with John and review projections and liquidation analysisi matters | | | | |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/02/2017 | Data analysis | | | | |
| | Analysis of documents received; prepare for phone conference with attorney; phone call with D Schian, Chris L; discuss issues and plan meeting with N Stone; Monthly Operating Report review and analysis. | | | | |
| | | Gordon | 3.30 | $195.00 | 643.50 |
| 11/02/2017 | Data analysis | | | | |
| | Review projections and call with Dale and John on status, tasks | | | | |
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/04/2017 | Data analysis | | | | |
| | Analysis of cash flow projections | | | | |
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/06/2017 | Data analysis | | | | |
| | Prepare analysis of year-to-date combined financial results; review and analyze reports received from CEO N Stone; meetings with Chris L to analyze reports and plan for meeting with N Stone. | | | | |
| | | Gordon | 3.80 | $195.00 | 741.00 |
| 11/06/2017 | Data analysis | | | | |
| | Meet with John on cash flow and open items and questions for Nancy | | | | |
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/07/2017 | Client meeting | | | | |
| | Meeting with Nancy and John to review operations and cash flow projections | | | | |
| | | Linscott | 2.50 | $335.00 | 837.50 |
| 11/07/2017 | Data analysis | | | | |
| | Meeting with Nancy Stone in Phoenix; analysis and research in support of feasibility report. | | | | |
| | | Gordon | 2.80 | $195.00 | 546.00 |
| 11/07/2017 | Travel time | | | | |
| | Travel: Tucson to Mesa for meeting | | | | |
| | | Gordon | 4.00 | $92.50 | 370.00 |
| 11/07/2017 | Travel time | | | | |
| | Travel RT from Tucson to Phoenix for meeting with Nancy | | | | |
| | | Linscott | 4.00 | $167.50 | 670.00 |
| 11/08/2017 | Data analysis | | | | |
| | Analysis and research in support of feasibility report; preparation of feasibility report; August year-to-date financial statements analysis and reconciliation to monthly operating reports. | | | | |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| | | Gordon | 4.40 | $195.00 | 858.00 |
| 11/09/2017 | Data analysis | | | | |
| | Analysis of historical financial statements; research and analysis in support of feasibility report; preparation of feasibility report. | | | | |
| | | Gordon | 2.50 | $195.00 | 487.50 |
| 11/09/2017 | Report preparation | | | | |
| | Meet with John on report structure and related analysis | | | | |
| | | Linscott | 0.20 | $335.00 | 67.00 |
| 11/10/2017 | Data analysis | | | | |
| | Analysis of financial reports; analysis in support of feasibility report. | | | | |
| | | Gordon | 1.00 | $195.00 | 195.00 |
| 11/13/2017 | Client meeting | | | | |
| | Status call with Dale and John | | | | |
| | | Linscott | 0.40 | $335.00 | 134.00 |
| 11/13/2017 | Data analysis | | | | |
| | Analysis of financial reports; analysis in support of feasibility report. | | | | |
| | | Gordon | 1.00 | $195.00 | 195.00 |
| 11/14/2017 | Data analysis | | | | |
| | Research in support of report; issues discussion with Chris L; analysis including monthly operating reports, financial results, cash flow projections; preparation of report draft. | | | | |
| | | Gordon | 3.20 | $195.00 | 624.00 |
| 11/15/2017 | Data analysis | | | | |
| | Research and analysis in support of report; review and analysis of September monthly operating reports; P/C with N Stone. | | | | |
| | | Gordon | 3.20 | $195.00 | 624.00 |
| 11/16/2017 | Data analysis | | | | |
| | Communications with R Dayton re: September monthly operating reports; review and analyze corrected MORs, September year-to-date P&L;  research in support of report; cash flow projections and Plan payments analysis. | | | | |
| | | Gordon | 4.10 | $195.00 | 799.50 |
| 11/17/2017 | Data analysis | | | | |
| | Review and analyze corrected September monthly operating reports (MOR), September year-to-date income statements; conduct research for report; communications with R Dayton re: financial statement results, cash flow projections, Plan payments; prepare report draft. | | | | |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
|  |  | Gordon | 7.20 | $195.00 | 1,404.00 |
| 11/20/2017 | Data analysis | | | | |
|  | Review and analyze monthly operating reports (MOR) and various other reports from debtors and attorney; conduct research for report; communications with R Dayton re: September MOR and other reports; communication with N Stone; cash flow projections analysis and preparation; issues discussion with Chris L. | | | | |
|  |  | Gordon | 8.00 | $195.00 | 1,560.00 |
| 11/21/2017 | Data analysis | | | | |
|  | Analyze monthly operating reports, financial statements; review information and reports from R Dayton; industry research; communications with R Dayton; cash flow projections analysis and preparation; discuss report and support with Chris L; communications with debtors' attorneys. | | | | |
|  |  | Gordon | 6.00 | $195.00 | 1,170.00 |
| 11/21/2017 | Report preparation | | | | |
|  | Meeting with John on report and related exhibits | | | | |
|  |  | Linscott | 0.25 | $335.00 | 83.75 |
| 11/22/2017 | Report review | | | | |
|  | Review of files, draft report review, Exhibits review | | | | |
|  |  | Linscott | 3.00 | $335.00 | 1,005.00 |
| 11/27/2017 | Data analysis | | | | |
|  | Research in support of report; report and exhibit preparation; review report draft with Chris L; revise report; communications with R Dayton, attorneys re: open issues. | | | | |
|  |  | Gordon | 10.50 | $195.00 | 2,047.50 |
| 11/27/2017 | Report review | | | | |
|  | Review report and meet with John on open matters | | | | |
|  |  | Linscott | 1.00 | $335.00 | 335.00 |
| 11/28/2017 | Data analysis | | | | |
|  | Review and analyze information received from attorneys; research information for report; communications with attorney P Rudd, R Dayton re: various issues; discuss open issues with Chris L; P/C with attorney S Goldberg; revise report and exhibits. | | | | |
|  |  | Gordon | 7.50 | $195.00 | 1,462.50 |
| 11/28/2017 | Report review | | | | |
|  | Work on report, exhibits, call with Scott Goldberg, meet with John | | | | |
|  |  | Linscott | 2.50 | $335.00 | 837.50 |
| 11/29/2017 | Data analysis | | | | |

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|------|---------|-------|-------|------|--------|
| | | Communications with R Dayton re: various information and issues; make multiple revisions to report and exhibits; prepare documentation binder in support of report. | | | |
| | | Gordon | 6.70 | $195.00 | 1,306.50 |
| 11/29/2017 | Report review | | | | |
| | | Work on final projections, exhibits, report | | | |
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/30/2017 | Data analysis | | | | |
| | | Revisions to draft report, exhibits and supporting documentation, including discussions with Chris L, Laura C. | | | |
| | | Gordon | 1.50 | $195.00 | 292.50 |
| 11/30/2017 | Report preparation | | | | |
| | | Finalize draft report | | | |
| | | Linscott | 1.00 | $335.00 | 335.00 |
| 11/30/2017 | Administrative support | | | | |
| | | edits & formatting report and exhibits | | | |
| | | Carrera | 0.50 | $65.00 | 32.50 |
| | | | | Total For Services | 27,444.25 |
| 11/07/2017 | Mileage | | | $      112.35 | |
| | | Travel: Tucson to Mesa, AZ for meeting with client | | | |
| | | | | Total For Expenses | 112.35 |
| | | | | Courtesy Discount | (1,556.60) |
| | | | | Current Amount Due | $   26,000.00 |