# EXHIBIT C

# KIRK A. McCARVILLE, P.C.
## A PROFESSIONAL CORPORATION
### ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

February 26, 2018

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/2018 | Preparation of memo re applications of NOL to 2012 and 2014 | 1.00 275.00/hr | 275.00 |
|  | Telephone conference with Jennifer Pardue re status of TFRP | 0.20 395.00/hr | 79.00 |
| 2/4/2018 | Preparation for meeting with accountants; review IRS auditors reports (2) | 1.60 395.00/hr | 632.00 |
| 2/6/2018 | Preparation for conference; conference with Henry & Horne re audit results and net operating loss issues; local travel | 4.20 275.00/hr | 1,155.00 |
|  | Download IRS account transcripts | 0.20 55.00/hr | 11.00 |
|  | Conference with Henry & Horne to review auditors report; local travel | 2.50 395.00/hr | 987.50 |
|  | Letter to client re status of case | 0.50 395.00/hr | 197.50 |
| 2/7/2018 | Research net operating loss carrybacks; conference with Kirk | 1.10 275.00/hr | 302.50 |
| 2/8/2018 | Review DEA report re net operating losses; review DEA report re basis nor NOL purposes; prepare memo re both reports | 4.90 275.00/hr | 1,347.50 |

Kitchukov, Todor and Mariana  Page 2

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/12/2018 | Telephone conference with IRS attorney re trial | 0.50 395.00/hr | 197.50 |
| | Research DEA procedures | 0.80 275.00/hr | 220.00 |
| 2/13/2018 | Conference with Kirk; work on memo re basis; research basis | 2.50 275.00/hr | 687.50 |
| 2/15/2018 | Telephone conference with accountants and associate to review auditors report | 2.70 395.00/hr | 1,066.50 |
| | Research IRS 1366 and 1367; telephone conference with Henry & Horne; conference with Kirk | 2.70 275.00/hr | 742.50 |

| | | |
|---|---|---|
| For professional services rendered | 25.40 | $7,901.00 |
| Interest on overdue balance | | $271.29 |
| Total amount of this bill | | $8,172.29 |
| Previous balance | | $49,710.08 |
| Balance due | | $57,882.37 |

# KIRK A. McCARVILLE, P.C.
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

February 7, 2018

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/2/2018 | Review<br>IRS 433-A, IDR and support documents | 0.80<br>175.00/hr | 140.00 |
|  | Exchange<br>emails and faxes with IRS and bankruptcy counsel | 0.60<br>395.00/hr | 237.00 |
| 1/10/2018 | Preparation<br>for and attend conference with auditor and accountants on 2011-2013 Tax Court case | 2.90<br>395.00/hr | 1,145.50 |
| 1/16/2018 | Letter to<br>client re status of audit; conference with associate re NOL issues for 2013 and 2014 | 2.70<br>395.00/hr | 1,066.50 |
| 1/17/2018 | Telephone<br>conference with Craig Willett | 0.30<br>395.00/hr | 118.50 |
| 1/22/2018 | Telephone<br>conference with Roberta Jones re status of audit; email to others re same | 0.30<br>395.00/hr | 118.50 |
| 1/26/2018 | Download<br>IRS account transcripts | 0.30<br>55.00/hr | 16.50 |
|  | Conference with<br>Kirk re Tax Court litigation issues including 2013 NOL reporting | 3.00<br>275.00/hr | 825.00 |
|  | Conference with<br>associate re NOI reporting and Tax Court issues | 3.00<br>395.00/hr | 1,185.00 |

Kitchukov, Todor and Mariana                                                                 Page   2

|            |                                                                                    | Hrs/Rate        | Amount      |
|------------|------------------------------------------------------------------------------------|-----------------|-------------|
| 1/29/2018  | Telephone conference with accountants re losses from 2013 and 2014                 | 0.30 395.00/hr  | 118.50      |
|            | Telephone conference with Phil McCollum                                            | 0.20 275.00/hr  | 55.00       |
| 1/30/2018  | Research applying net operating loss carrybacks to Tax Court judgments             | 0.80 275.00/hr  | 220.00      |
| 1/31/2018  | Research capital losses                                                            | 2.10 275.00/hr  | 577.50      |
|            | For professional services rendered                                                 | 17.30           | $5,823.50   |
|            | Interest on overdue balance                                                        |                 | $456.90     |
|            | Total amount of this bill                                                          |                 | $6,280.40   |
|            | Previous balance                                                                   |                 | $43,429.68  |
|            | Balance due                                                                        |                 | $49,710.08  |

# KIRK A. McCARVILLE, P.C.

A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

January 6, 2018

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2017 | Review reports from client's controller re self rent and California allocation issues | 1.30 395.00/hr | 513.50 |
| 12/4/2017 | Conference with auditor and accountants; telephone conference with Craig Willett; local travel | 2.80 395.00/hr | 1,106.00 |
| 12/5/2017 | Review Tax Court pretrial Order; conference with Kirk | 0.50 175.00/hr | 87.50 |
|  | Conference with paralegal re Order | 0.20 395.00/hr | 79.00 |
|  | Telephone conference with accountants re remaining audit issues | 0.30 395.00/hr | 118.50 |
|  | Telephone conference with Henry & Horne | 0.50 275.00/hr | 137.50 |
| 12/6/2017 | Telephone conference with Revenue officer re release of wage levy ad liens | 0.40 395.00/hr | 158.00 |
|  | Review Courts Order re trial setting | 0.40 395.00/hr | 158.00 |
| 12/7/2017 | Review IRS correspondence and IDR's; conference with Kirk re IRS IDR | 0.40 175.00/hr | 70.00 |
| 12/8/2017 | Review Court Order and Pleadings; memo to file | 0.40 175.00/hr | 70.00 |

Kitchukov, Todor and Mariana                                                                                                        Page   2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/9/2017 | Review document request from IRS Revenue officer; review files for financial records for payment plan | 1.80 395.00/hr | 711.00 |
|  | Preparation of status report to Dale Schian and Craig Willett | 0.60 395.00/hr | 237.00 |
|  | Telephone conference with Revenue officer re confirmation re next steps in lien releases | 0.30 395.00/hr | 118.50 |
| 12/11/2017 | Review 433-A draft and supporting documents; conference with Kirk | 1.70 175.00/hr | 297.50 |
|  | Several telephone conferences with Revenue officer Pardue re release of nominee liens and new payment plan | 0.80 395.00/hr | 316.00 |
|  | Conference with paralegal re 433-A preparation | 0.30 395.00/hr | 118.50 |
| 12/12/2017 | Telephone conferences with Revenue officer Pardue and client; review release; forward release to client | 0.80 395.00/hr | 316.00 |
| 12/13/2017 | Research TFRP assessments, collection and bankruptcy; organize materials; conference with Kirk | 2.40 175.00/hr | 420.00 |
|  | Conference with paralegal re TFRP and bankruptcy | 0.30 395.00/hr | 118.50 |
| 12/14/2017 | Telephone conference with auditor re self rent and basis issues | 0.40 395.00/hr | 158.00 |
| 12/15/2017 | Telephone conference with Henry & Horne re self rent and basis issues | 0.30 395.00/hr | 118.50 |
| 12/16/2017 | Telephone conference with Roberta James re concluding audit | 0.20 395.00/hr | 79.00 |
|  | Telephone conference with Henry & Horne re self rent and basis issues | 0.30 395.00/hr | 118.50 |

Kitchukov, Todor and Mariana

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/19/2017 | Telephone conference with Henry & Horne accountants; telephone conference with Roberta James re IRS audit | 0.90 395.00/hr | 355.50 |
| 12/20/2017 | Review IRS IDR and response | 0.70 175.00/hr | 122.50 |
| 12/21/2017 | Review Tax Court scheduling Order; review IRS collection documents; conference with Kirk | 1.60 175.00/hr | 280.00 |
| | Conference with paralegal re IRS collection statement | 0.50 395.00/hr | 197.50 |
| | Review 2016 433-A; prepare draft 433-A | 0.80 395.00/hr | 316.00 |
| 12/27/2017 | Review 433-A draft and attachments and Court cases re tax mattes and conference with IRS | 1.20 175.00/hr | 210.00 |
| | Exchange emails with client re IRS meeting | 0.20 395.00/hr | 79.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 23.30 | $7,185.50 |
| Interest on overdue balance | | | $353.99 |
| Total amount of this bill | | | $7,539.49 |
| Previous balance | | | $35,890.19 |
| Balance due | | | $43,429.68 |

# KIRK A. McCARVILLE, P.C.
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

December 7, 2017

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/1/2017 | Preparation for meeting with auditor | 2.50<br>395.00/hr | 987.50 |
| 11/2/2017 | Conference with auditor and accountant to continue audit of 2011-2013 returns for client, California Delta and Chrome; local travel | 3.10<br>395.00/hr | 1,224.50 |
| 11/3/2017 | Conference with Kirk | 0.40<br>275.00/hr | 110.00 |
| 11/6/2017 | Preparation of records for auditor | 1.10<br>395.00/hr | 434.50 |
|  | E-mail Craig Willett 2014 IRS billing Notice for Chrome and account transcript | 0.30<br>395.00/hr | 118.50 |
|  | Download IRS account transcripts | 0.30<br>55.00/hr | 16.50 |
| 11/9/2017 | Exchange emails with Dale Schian re status of tax issues | 0.20<br>395.00/hr | 79.00 |
| 11/17/2017 | Telephone conference with Phil McCollum; telephone conference with auditor | 0.40<br>395.00/hr | 158.00 |
|  | Review IRS collection Notices and TFRP summary | 1.00<br>175.00/hr | 175.00 |

Kitchukov, Todor and Mariana

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/19/2017 | Organize records and prepare agenda for meeting with accountants | 2.40 395.00/hr | 948.00 |
| 11/20/2017 | Review civil penalty Notices, IRS transcripts and bankruptcy Pleadings; conference with Kirk | 1.80 175.00/hr | 315.00 |
| | Telephone conference with Craig Willett re status of IRS audit; telephone conference with co-counsel re tax issues | 0.50 395.00/hr | 197.50 |
| | Conference with paralegal re civil penalty | 0.30 395.00/hr | 118.50 |
| 11/21/2017 | Preparation for meeting with Delta employees re IRS audit | 2.40 395.00/hr | 948.00 |
| | Review transcripts and IRS Notices; organize TFRP assessment materials; conference with Kirk | 2.60 175.00/hr | 455.00 |
| | Conference with paralegal re IRS transcripts and preparation of TFRP summary | 1.20 395.00/hr | 474.00 |
| 11/22/2017 | Conference with client and others to provide status report and review audit issues; local travel; telephone conference with Dale Schian | 4.20 395.00/hr | 1,659.00 |
| | Conference with Kirk re status of bankruptcy and tax matters | 0.40 175.00/hr | 70.00 |
| 11/24/2017 | Review IRS Notice re Colorado Delta unemployment tax adjustment; email client | 0.60 395.00/hr | 237.00 |
| | Review several emails with Jason Curry re release of liens and levies on Tony; organize nominee liens | 2.20 395.00/hr | 869.00 |
| 11/27/2017 | Review workpapers re audit issues for 2012 and 2013 | 2.40 395.00/hr | 948.00 |
| | Download and review IRS account transcripts | 0.60 55.00/hr | 33.00 |

Kitchukov, Todor and Mariana

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/28/2017 | Conference with Phil to review spreadsheets on audit issues | 1.50 395.00/hr | 592.50 |
|  | Review emails; prepare spreadsheets re Chrome and Delta financials; conference with Kirk | 2.00 275.00/hr | 550.00 |
| 11/30/2017 | Conference with Henry & Horne accountants to prepare for auditor for 2011, 2012 and 2013; local travel | 3.20 395.00/hr | 1,264.00 |
|  | For professional services rendered | 37.60 | $12,982.00 |
|  | Interest on overdue balance |  | $231.12 |
|  | Total amount of this bill |  | $13,213.12 |
|  | Previous balance |  | $22,677.07 |
|  | Balance due |  | $35,890.19 |

Case 2:15-bk-13316-GBN    Doc 1265-3    Filed 03/19/18    Entered 03/19/18 17:07:57
Desc Exhibit C: Kirk A McCarville PC Invoices    Page 11 of 18

# KIRK A. McCARVILLE, P.C.
### A PROFESSIONAL CORPORATION
### ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

November 6, 2017

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 10/3/2017 | Telephone conference with Roberta James; email accountants | 0.60 395.00/hr | 237.00 |
| 10/10/2017 | Conference with accountants to prepare for meeting with auditor; local travel | 2.90 395.00/hr | 1,145.50 |
| 10/11/2017 | Preparation for meeting with auditor | 1.50 395.00/hr | 592.50 |
| 10/12/2017 | Conference with IRS auditor and accountants; review 2013 tax return filing sequence; email returns to auditor | 4.00 395.00/hr | 1,580.00 |
| 10/14/2017 | E-mail client re Georgia tax liability | 0.20 395.00/hr | 79.00 |
| 10/18/2017 | Telephone conference with Roberta James; email Henry & Horne | 0.80 395.00/hr | 316.00 |
| 10/20/2017 | Conference with Phil McCullom to prepare for meeting with auditor; local travel | 2.20 395.00/hr | 869.00 |
| 10/23/2017 | Preparation for meeting with auditor with focus on Chrome basis, operating basis and California Delta operating issues | 2.50 395.00/hr | 987.50 |
|  | Letter to auditor re audit issues | 0.30 395.00/hr | 118.50 |

Kitchukov, Todor and Mariana                                                                                     Page   2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/25/2017 | Telephone conference with auditor | 0.20 395.00/hr | 79.00 |
| 10/26/2017 | Telephone conference with IRS auditor; review 2011-2013 reports; status report to Henry & Horne; research 2012/2014 losses | 2.50 395.00/hr | 987.50 |
|  | Conference with Kirk re 2014 NOL | 0.60 275.00/hr | 165.00 |
| 10/27/2017 | Conference with Kirk; work on email/spreadsheet re loan amounts | 0.70 275.00/hr | 192.50 |
|  | Telephone conference with accountants to prepare for auditor; review file re 2012 losses | 1.40 395.00/hr | 553.00 |
| 10/28/2017 | Preparation of status report to co-counsel re tax matters | 0.90 395.00/hr | 355.50 |
| 10/29/2017 | Conference with Kirk re Tax Court case | 0.20 275.00/hr | 55.00 |
|  | For professional services rendered | 21.50 | $8,312.50 |
|  | Interest on overdue balance |  | $208.89 |
|  | Total amount of this bill |  | $8,521.39 |
|  | Previous balance |  | $14,155.68 |
|  | Balance due |  | $22,677.07 |

# KIRK A. McCARVILLE, P.C.
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

October 4, 2017

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/15/2017 | Review<br>IRS collection Notices and Tax Court Pleadings | 0.50<br>175.00/hr | 87.50 |
| 9/16/2017 | Review<br>IRS Notices; respond to client | 0.20<br>395.00/hr | 79.00 |
| 9/21/2017 | Telephone<br>conference with auditor; telephone conference with accountants | 0.40<br>395.00/hr | 158.00 |
| 9/25/2017 | Preparation<br>for meeting with IRS auditor by reviewing NOD, H&H workpapers and Pleadings | 3.10<br>395.00/hr | 1,224.50 |
|  | Download<br>IRS account transcript | 0.20<br>55.00/hr | 11.00 |
|  | Preparation<br>of IRS collection response; conference with Kirk | 0.90<br>175.00/hr | 157.50 |
|  | Conference with<br>paralegal re response | 0.20<br>395.00/hr | 79.00 |
| 9/26/2017 | Telephone<br>conference with accountants re meeting with Revenue agent and issues to be addressed | 1.20<br>395.00/hr | 474.00 |
| 9/29/2017 | Review<br>file; email accountants; prepare for Roberta James meeting | 2.00<br>395.00/hr | 790.00 |

Kitchukov, Todor and Mariana                                                                 Page 2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 8.70 | $3,060.50 |
| Interest on overdue balance |  | $31.98 |
| Total amount of this bill |  | $3,092.48 |
| Previous balance |  | $11,063.20 |
| Balance due |  | $14,155.68 |

# KIRK A. McCARVILLE, P.C.
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW

2525 E. ARIZONA BILTMORE CIRCLE
SUITE B-218
PHOENIX, ARIZONA 85016

Kitchukov, Todor and Mariana
1128 E. Desert Court
Gilbert, AZ 85234

September 10, 2017

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/2017 | Telephone<br>conference with accountants re meeting with Appeals officer; prepare for meeting with Appeals officer | 1.30<br>395.00/hr | 513.50 |
|  | Review<br>emails re IRS contact | 0.10<br>275.00/hr | 27.50 |
| 8/13/2017 | Preparation<br>for meeting with Appeals officer; review SNOD and draft 2011 and 2012 from Henry&Horne | 2.50<br>395.00/hr | 987.50 |
| 8/14/2017 | Telephone<br>conference with accountants to prepare for appeals hearing; conference with Debbie McFaul and accountants re 2011-2013; telephone conference with IRS attorney re status of 2011-2013; local travel | 4.00<br>395.00/hr | 1,580.00 |
|  | Draft<br>Motion to continue; review Pleadings and Tax Court materials and Rules | 0.70<br>175.00/hr | 122.50 |
| 8/16/2017 | Exchange<br>emails with Naomi re IRS statements | 0.20<br>395.00/hr | 79.00 |
|  | Preparation<br>of Motion to continue trial off December calendar; email Henry & Horne re status of case | 0.80<br>395.00/hr | 316.00 |
|  | Telephone<br>conference with Craig Willett | 0.20<br>395.00/hr | 79.00 |

|            |                                                                                                                                                                                  | Hrs/Rate        | Amount        |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------------|
| 8/18/2017  | Telephone conference with accountant; email Raftery; organize next steps for settlement of 2011-2013; review file to prepare response for Delta California and Chrome adjustments | 3.10 395.00/hr  | 1,224.50      |
|            | Download IRS account transcripts                                                                                                                                                 | 0.30 55.00/hr   | 16.50         |
| 8/20/2017  | Preparation of packages for Henry & Horne to resolve 2011-2013 Tax Court cases                                                                                                   | 3.30 395.00/hr  | 1,303.50      |
|            | Exchange emails re closing down companies to stop IRS billing Notices                                                                                                            | 0.30 395.00/hr  | 118.50        |
| 8/24/2017  | Telephone conference with Debbie McFaul re status of 2013 NOL                                                                                                                    | 0.30 395.00/hr  | 118.50        |
|            | Telephone conference with accountants re 2013 NOL issues                                                                                                                         | 0.40 395.00/hr  | 158.00        |
| 8/28/2017  | Review Pleadings and continuance for trial                                                                                                                                       | 0.50 395.00/hr  | 197.50        |
|            | E-mail accountants re 2013 1040X                                                                                                                                                 | 0.20 395.00/hr  | 79.00         |
| 8/30/2017  | E-mail re continuance of trial                                                                                                                                                   | 0.10 395.00/hr  | 39.50         |
|            | For professional services rendered                                                                                                                                               | 18.30           | $6,960.50     |
|            | Interest on overdue balance                                                                                                                                                      |                 | $49.44        |
|            | Total amount of this bill                                                                                                                                                        |                 | $7,009.94     |
|            | Previous balance                                                                                                                                                                 |                 | $24,900.63    |
|            | Accounts receivable transactions                                                                                                                                                 |                 |               |
| 8/11/2017  | Payment - thank you                                                                                                                                                              |                 | ($20,847.37)  |
|            | Total payments and adjustments                                                                                                                                                   |                 | ($20,847.37)  |

Kitchukov, Todor and Mariana                                                                 Page   3

                                                                                        Amount

            Balance due                                                              $11,063.20